IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
GEORGE S. LOUIE,              )
                              )    2:08-cv-329-GEB-DAD
               Plaintiff,     )
                              )
     v.                       )    ORDER*
                              )
RAUL HERRERA d/b/a STATE FARM )
INSURANCE, et al.,            )
                              )
               Defendant.     )
                              )
```

        Pending is Defendants' motion requesting that Plaintiff be declared to be a vexatious litigant, Plaintiff's action be dismissed, and a pre-screening order be issued that requires Plaintiff to pay a bond when filing certain new lawsuits.

        Plaintiff filed this action against twenty State Farm agents for alleged violation of the Americans with Disabilities Act ("ADA") and the Unruh Civil Rights Act.  Plaintiff has filed two similar actions in the Fresno Division of the Eastern District of California,

---

    * This matter was determined to be suitable for decision without oral argument.  L.R. 78-230(h).

1

1  both assigned to Chief Judge Anthony Ishii, alleging ADA and Unruh
2  Civil Rights Act claims against fifty-one other State Farm agents.
3  Those defendants also filed motions in each of those actions seeking a
4  order declaring Plaintiff is a vexatious litigant.
5         In opposition to each motion, including the pending motion,
6  Plaintiff declares that the attorney representing the State Farm agent
7  defendants in both the instant action and the two Fresno Division
8  actions "actively encouraged [him] to seek out additional State Farm
9  banking/insurance offices in other California counties and file access
10 lawsuits . . . ."  (Pl. Decl. ¶ 9.)  Defendants' attorney denies this.
11 (Supp. Decl. Julie Raney ¶ 3.)  Chief Judge Ishii found that
12 "resolution of this factual dispute will most likely affect the
13 outcome of the pending motion" and "[t]here is no way to resolve this
14 dispute absent an evidentiary hearing."  (Order Vacating July 7, 2008
15 Hearing, Louie v. Krum, et al., 1:08-CV-180-AWI-GSA, Dkt. No. 19 (July
16 2, 2008); Order Vacating July 7, 2008 Hearing, Louie v. Acencio, et
17 al., 1:08-CV-399-AWI-GSA, Dkt. No. 23 (July 2, 2008).)  Therefore,
18 Chief Judge Ishii referred the motions in the Fresno Division actions
19 to a magistrate judge "to conduct an evidentiary hearing and to submit
20 proposed Findings and Recommendations concerning whether Plaintiff
21 should be declared a vexatious litigant . . . ."  (Id.)
22         The principle of judicial economy favors vacating the
23 hearing on the pending motion with the understanding that Defendants
24 ///
25 ///
26 ///
27 ///
28 ///

could re-notice the motion after Chief Judge Ishii decides the motions pending in the Fresno Division actions.  Therefore, the July 14, 2008, hearing on the motion is vacated.

        IT IS SO ORDERED.

Dated:  July 9, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge